PATRICK KENNEDY, Appellant, *v.* JOHN WANAMAKER, NEW YORK, Respondent.

*Kennedy* v. *Wanamaker*, 145 App. Div. 428, affirmed.

(Argued January 29, 1913; decided February 14, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered August 1, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Richard J. Donovan* and *Herbert D. Cohen* for appellant.

*Herrick C. Allen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WILLARD BARTLETT, CHASE and COLLIN, JJ. Dissenting: WERNER, HISCOCK and CUDDEBACK, JJ.